ARBITRATION
JAMS CASE NO. 1345002688

ALLSTATE INSURANCE CO., et al.,

    Plaintiffs,

      **Discovery Master:**

v.                                          **Hon. Victoria A. Roberts (ret.)**

SPINE SPECIALISTS OF                  E.D. Michigan Case No. 24-cv-11881
MICHIGAN, P.C., et al.,                   Hon. Linda V. Parker

    Defendants.

_____/

## DISCOVERY MASTER ORDER #1

On Monday, August 25, 2025, the Discovery Master held a zoom conference with counsel for the parties. Attending were: (1) Andrew DeNinno and Emma Funnell for Plaintiffs; (2) Pete Joelson, Kevin Peters, Gary Blumberg, and Emily Warren on behalf of Defendants Spine Specialists of Michigan, P.C., Michigan Ambulatory Surgical Center, LLC, Anesthesia Services Affiliates, PLLC., North American Laboratories LLC., and Louis Radden, D.O. (the "Radden Defendants"); and (3) Pratheep Sevanthinathan and Gerald Paulovich on behalf of Krisha Associates, LLC and Defendants Central Home Health Care, Inc. ("CCHC"), Central Home Health Care Services, Inc., and Sheel Walvekar.

The following is to occur, based on the discussion held:

1

**A. Pending Motions, Docket Entries 39 (Plaintiffs' Motion to Compel Discovery and for Costs and Sanctions Against the Radden Defendants) and 40 (Plaintiffs' Motion to Compel Discovery and for Costs and Sanctions Against Defendant CCHC)**

1. The Discovery Master will: (1) review the pending motions and the responses and replies to them (Dkt. 41, 43, 47 and 48); (2) obtain and review the letters and responses submitted to Magistrate Judge Kim Altman pursuant to her minute entry of May 5, 2025; and (3) review the Statements of Resolved and Unresolved Issues (Dkt. 70 and 71).

2. Following that review, the Discovery Master will convene a conference/zoom call with a view to resolve the issues presented by the motions. If there is a resolution, the parties will file a stipulated order.

3. If that conference call does not result in a resolution, the Discovery Master will issue a written order.

**B. Pending Motion, Docket 77 (Plaintiffs' Motion for Order to Show Cause Against Defendant CCHI and for an Order Directing CCHI to Immediately Stop Interfering with Plaintiffs' Subpoenas)**

1. The parties have conferred and counsel for Krisha Associates will supply documents to Plaintiffs on or before August 29, 2025. Counsel for Plaintiffs will review the supplied documents and let the Discovery Master know by September 8, 2025, whether the motion can be withdrawn, in which case the parties will file a stipulated order by that date.

2. If agreement is not reached, the Discovery Master will convene a zoom conference with a view to resolve the issues presented by the motions. If there is a resolution, the parties will file a stipulated order.

3. If that conference call does not result in a resolution, the Discovery Master may set a briefing schedule and will issue a written order.

**C. Anticipated Motion to Compel**

1. On behalf of his clients, Pratheep Sevanthinathan anticipates filing a motion to compel. The parties must first meet and confer with a view towards a stipulated resolution.

2. Failing a stipulated resolution, Mr. Sevanthinathan will file not more than a three-page, double-spaced letter with the Discovery Master (and may attach his motion) outlining the issue.

Plaintiffs will respond the same way (and may attach a response to the motion), subject to the same page and spacing limitations.

3.  The Discovery Master will convene a zoom conference with a view to resolve the issues presented by the letter submissions. If there is a resolution, the parties will file a stipulated order.

4.  If that conference call does not result in a resolution, the Discovery Master may set a briefing schedule and will issue a written order.

D.  **Discovery Cut-Off Dates**

Recognizing that current discovery cut-off dates will not accommodate these proposed resolutions, counsel for the parties will seek an extension of current discovery cut-off dates from Judge Parker, to complete outstanding discovery.

**IT IS ORDERED.**

*Victoria A. Roberts*
_____
**Hon. Victoria A. Roberts (Ret.)**
**Discovery Master**