UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>SPINE SPECIALISTS OF MICHIGAN, P.C.; MICHIGAN AMBULATORY SURGICAL CENTER, LLC; ANESTHESIA SERVICES AFFILIATES, P.L.L.C.; CENTRAL HOME HEALTH CARE, INC.; NORTH AMERICAN LABORATORIES L.L.C.; CENTRAL HOME HEALTH CARE SERVICES, INC.; LOUIS RADDEN, D.O.; and SHEEL WALVEKAR,<br><br>    Defendants. | C.A. No. 2:24-cv-11881-LVP-KGA |

## **STIPULATION TO AMEND SCHEDULING ORDER**

It is hereby STIPULATED and AGREED, by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company, and defendants Spine Specialists of Michigan, P.C., Michigan Ambulatory Surgical Center, LLC, Anesthesia Services Affiliates, P.L.L.C., Central Home Health Care,

Inc., North American Laboratories L.L.C., Central Home Health Care Services, Inc., Louis Radden, D.O., and Sheel Walvekar (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, that the scheduling order be amended to the following:

| | |
|---|---|
| Lay and Expert Witness Lists Filed By: | February 13, 2026 |
| Fact Discovery Cut-off: | January 30, 2026 |
| Rule 26(a)(2) Expert Disclosures Exchanged by: | Plaintiffs: February 13, 2026<br><br>Defendants: February 27, 2026 |
| Expert Discovery Cut-off: | March 20, 2026 |
| Dispositive Motions Filed By: | April 17, 2026 |

WHEREFORE, the parties respectfully request that the Court enter the accompanying Proposed Order.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 28th DAY OF AUGUST, 2025:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company*<br><br>By their Attorneys,<br><br>/s/ __Andrew H. DeNinno_____<br>Andrew H. DeNinno (P87678)<br>adeninno@ktmpc.com<br>Brad A. Compston<br>bcompston@ktmpc.com<br>KING, TILDEN, MCETTRICK & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *Spine Specialists of Michigan, P.C., Michigan Ambulatory Surgical Center, LLC, Anesthesia Services Affiliates, P.L.L.C., North American Laboratories L.L.C., and Louis Radden, D.O.*<br><br>By their Attorneys,<br><br>/s/ _Peter W. Joelson_____<br>Peter W. Joelson (P51468)<br>pjoelson@joelsonrosenberg.com<br>Emily Warren (P76675)<br>ewarren@jrlawplc.com<br>JOELSON ROSENBERG PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-9966<br><br>Gary R. Blumberg (P29820)<br>gblumberg@blumbergpc.com<br>GARY R. BLUMBERG, PC<br>22016 Ford Road<br>Dearborn, MI 48127<br>(313) 230-1121 |
| *Central Home Health Care, Inc., Central Home Health Care Services, Inc., and Sheel Walvekar*<br><br>By their Attorney,<br><br>/s/__Pratheep Sevanthinanthan_____<br>Pratheep Sevanthinathan (P70094)<br>seva@sevafirm.com<br>THE SEVA LAW FIRM<br>100 W. Big Beaver Road, Suite 500<br>Troy, MI 48084<br>(248) 385-5704 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br>v.<br><br>SPINE SPECIALISTS OF MICHIGAN, P.C.; MICHIGAN AMBULATORY SURGICAL CENTER, LLC; ANESTHESIA SERVICES AFFILIATES, P.L.L.C.; CENTRAL HOME HEALTH CARE, INC.; NORTH AMERICAN LABORATORIES L.L.C.; CENTRAL HOME HEALTH CARE SERVICES, INC.; LOUIS RADDEN, D.O.; and SHEEL WALVEKAR,<br><br>　　　　Defendants. | C.A. No. 2:24-cv-11881-LVP-KGA |

## **ORDER AMENDING SCHEDULING ORDER**

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the scheduling order is amended to the following dates and deadlines:

## AMENDED SCHEDULING ORDER

| Lay and Expert Witness Lists Filed By: | February 13, 2026 |
|---|---|
| Fact Discovery Cut-off: | January 30, 2026 |
| Rule 26(a)(2) Expert Disclosures Exchanged by: | Plaintiffs: February 13, 2026<br><br>Defendants: February 27, 2026 |
| Expert Discovery Cut-off: | March 20, 2026 |
| Dispositive Motions Filed By: | April 17, 2026 |

The parties shall refer to the Court's practice guidelines for information relevant to the dates and activities set forth above.

IT IS SO ORDERED.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: September 4, 2025