UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>SPINE SPECIALISTS OF MICHIGAN, P.C.; MICHIGAN AMBULATORY SURGICAL CENTER, LLC; ANESTHESIA SERVICES AFFILIATES, P.L.L.C.; CENTRAL HOME HEALTH CARE, INC.; NORTH AMERICAN LABORATORIES L.L.C.; CENTRAL HOME HEALTH CARE SERVICES, INC.; LOUIS RADDEN, D.O.; and SHEEL WALVEKAR,<br><br>Defendants. | C.A. No. 2:24-cv-11881-LVP-KGA |

**STIPULATION TO RESOLVE PLAINTIFFS' MOTION TO SHOW CAUSE (ECF NO. 36) AS TO ACCURATE CARE L.L.C. ONLY**

It is hereby STIPULATED and AGREED, by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company (collectively "Allstate") and Accurate Care L.L.C. ("Accurate Care"), by and through their undersigned counsel, that Accurate Care shall pay to Allstate the

amount of seven hundred and fifty dollars ($750.00) as reimbursement of fees and costs associated with Allstate's motion for an order to show cause (ECF No. 36) and pursuant to the Court's Order dated August 8, 2025 (ECF No. 78). Such payment shall be made within five (5) days of the entry of the stipulated order. Upon receipt of said payment, Allstate's request for fees and costs associated with its motion to show cause (ECF No. 36) shall be deemed withdrawn as to Accurate Care L.L.C. only. Accurate Care L.L.C. shall not have to respond to the Court's Order to Show Cause at ECF No. 78. Nothing in this stipulation shall be construed as an admission of liability, wrongdoing, or fault by Accurate Care L.L.C., all of which are expressly denied.

STIPULATED AND AGREED TO THIS 18th DAY OF SEPTEMBER, 2025:

| | |
|---|---|
| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company*<br><br>By their Attorneys,<br><br>/s/ *Andrew H. DeNinno*<br>Andrew H. DeNinno (P87678)<br>adeninno@ktmpc.com<br>Brad A. Compston<br>bcompston@ktmpc.com<br>KTM<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152 | *Accurate Care L.L.C.*<br><br>By its Attorney,<br><br>/s/ *Nathan J. Fink*<br>Nathan J. Fink (P75185)<br>nfink@finkbressack.com<br>FINK BRESSACK<br>38500 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>(248) 971-2500 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>      Plaintiffs,<br>v.<br><br>SPINE SPECIALISTS OF MICHIGAN, P.C.; MICHIGAN AMBULATORY SURGICAL CENTER, LLC; ANESTHESIA SERVICES AFFILIATES, P.L.L.C.; CENTRAL HOME HEALTH CARE, INC.; NORTH AMERICAN LABORATORIES L.L.C.; CENTRAL HOME HEALTH CARE SERVICES, INC.; LOUIS RADDEN, D.O.; and SHEEL WALVEKAR,<br><br>      Defendants. | C.A. No. 2:24-cv-11881-LVP-KGA |

**STIPULATED ORDER RESOLVING PLAINTIFFS' MOTION TO SHOW CAUSE (ECF NO. 36) AS TO ACCURATE CARE L.L.C. ONLY**

This matter having come before the Court upon stipulation of plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company (collectively "Allstate") and Accurate Care L.L.C. ("Accurate Care"), and the Court being otherwise fully advised in the premises:

3

IT IS HEREBY ORDERED that Accurate Care shall pay to Allstate the amount of seven hundred and fifty dollars ($750.00) as reimbursement for fees and costs associated with Allstate's motion to show cause (ECF No. 36) and pursuant to this Court's Order dated August 8, 2025 (ECF NO. 78).  Said payment shall be made within five (5) days of the date of this Order.  Upon receipt of said payment, Allstate's request for reimbursement for costs and fees associated with its motion to show cause (ECF No. 36) is withdrawn as to Accurate Care L.L.C. only. Nothing in this Order shall be construed as an admission of liability, wrongdoing, or fault by Accurate Care L.L.C., all of which are expressly denied by Accurate Care L.L.C.

IT IS FURTHER ORDERED that Accurate Care L.L.C. shall not have to respond to the Court's Order to Show Cause at ECF No. 78.

IT IS SO ORDERED.

                                                s/ Linda V. Parker  
                                                LINDA V. PARKER  
                                                U.S. DISTRICT JUDGE

Dated: September 19, 2025