# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY, et al.,

        Plaintiff,                     Case No. 24-cv-11881

vs.                                   HON. LINDA V. PARKER

SPINE SPECIALISTS OF MICHIGAN, P.C., et al.,

        Defendant.

_____/

## ORDER STRIKING MOTION (ECF No. 100)

On October 15, 2025, Defendants Walvekar and Central Home Health Care Services, Inc. filed a Motion to Stay and for Protective Order [ECF No. 100]. The motion does not conform with Judge Parker's motion requirement:

**CONCURRENCE**

The Court requires adherence to Eastern District of Michigan Local Rule 7.1(a), which requires moving parties to seek concurrence before filing a motion. The Court requires that a good-faith effort be made to obtain concurrence, which normally involves <u>actual contact</u> with opposing counsel and <u>conveyance of the specific issues</u> the party intends to raise in the motion. **It is not sufficient simply to inform opposing counsel that you intend to file, for example, a motion to dismiss**. The purpose of this process is to, at a minimum, narrow the issues raised in any subsequently filed motion. If no actual conversation occurs, the moving party must show that reasonable efforts were undertaken to conduct a conference and specifically describe those efforts in the motion papers. The outcome of the

conference must be stated. All of this must be documented specifically in the motion papers.

Accordingly, Defendant's motion is **STRICKEN** from the record. Defendants may re-file the motion within three (3) days in strict compliance with Judge Parker's requirement.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE


Dated: October 16, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 16, 2025, by electronic and/or U.S. First Class mail.

s/ A. Flanigan
Case Manager