**JAMS ARBITRATION**
**JAMS Case No. 1345002688**

ALLSTATE INSURANCE CO., et al.,

      Plaintiffs,

| | |
|---|---|
| v. | **Discovery Master:** |
| | **Hon. Victoria A. Roberts (ret.)** |

SPINE SPECIALISTS OF           E.D. Michigan Case No. 24-11881
MICHIGAN, P.C., et al.,             Hon. Linda V. Parker

      Defendants.

_____/

## ORDER REGARDING ALLSTATE'S FEBRUARY 11, 2026 LETTER, SETTING BRIEFING SCHEDULE, AND SCHEDULING HEARING

In this civil RICO case, Allstate Insurance Company and its affiliates ("Allstate") accuse Spine Specialists of Michigan, P.C., Michigan Ambulatory Surgical Center, LLC, Anesthesia Services Affiliates, PLLC, North American Laboratories LLC, and Louis Radden, D.O. ("Defendants") of orchestrating a racketeering scheme to exploit Michigan's no-fault insurance law by submitting fraudulent medical bills for reimbursement.  Among other relief, Allstate seeks to recover payments made to Defendants under the Michigan No-Fault Act for treatment and services that it alleges were: (1) not actually provided, (2) not lawfully rendered, (3) medically unnecessary, (4) fraudulently billed, and/or (5) billed at excessive rates.

On August 8, 2025, the Honorable Linda V. Parker appointed the undersigned as Discovery Master to: (1) "assist the parties in managing pretrial discovery"; (2) "mediate disputes related to discovery matters"; and (3) "hear and rule upon motion(s) by any party relating to pretrial discovery matters."  [ECF No. 79, PageID.2774-75].

On January 9, 2026, the Discovery Master entered Discovery Master Order No. 4 [ECF No. 112], setting forth a protocol resolving a discovery dispute related to Defendants' search for and production of email communications in compliance with the Discovery Master's November 14, 2025 Order.

On February 11, 2026, Allstate submitted a letter stating that Defendants failed to comply with the requirements of Discovery Master Order No. 4.  It requests a conference to address Defendants' ongoing, willful violations of their discovery obligations and to determine the appropriate sanctions that should be issued against Defendants.

The Discovery Master reviewed Allstate's letter.  If Allstate's representations regarding Defendants' failure to comply with Discovery Master Order No. 4 are true, the situation is deeply concerning.

Defendants must respond in writing to Allstate's letter by **February 18, 2026** at **5:00 p.m. EST**.  Any additional discovery responses must accompany their letter response.

2

Allstate may reply by **February 23, 2026** at **5:00 p.m. EST**.

The Discovery Master will conduct a zoom hearing regarding this dispute on **Monday, March 2, 2026** at **1:00 p.m. EST**.

The Discovery Master notifies Defendants that she will consider imposing any and all sanctions authorized under the Federal Rules of Civil Procedure if their failure to comply with Discovery Master Order No. 4 and their discovery obligations persists.

       **IT IS ORDERED.**

_____
**Hon. Victoria A. Roberts (Ret.)**
**Discovery Master**

DATED: February 12, 2026

3